## Helen Walter, Plaintiff-Appellee, v. Illinois Central Railroad Company, Defendant-Appellant.

**Gen. No. 47,378.**

First District, Second Division.

November 25, 1958.

Released for publication December 16, 1958.

Herbert J. Deany, Robert S. Kirby, William F. Bunn, Wence F. Cerne (Joseph H. Wright, of counsel) for appellant; Harold A. Liebenson, Harry J. Director, Edward G. Raszus, John E. Harris (Harold A. Liebenson, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.